IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HARVEY KALAN, M.D., et al        :    CIVIL ACTION
                                 :
     v.                          :
                                 :
FARMERS & MERCHANTS TRUST CO.    :
OF CHAMBERSBURG, et. al.         :    No. 15-1435

## ORDER

AND NOW, this 21st day of July, 2015, upon consideration of the parties' Stipulation that the defendant Farmers & Merchants Trust Co. of Chambersburg ("F&M Trust") shall have until August 28, 2015 to answer or otherwise respond to the Complaint, IT IS HEREBY ORDERED that the defendant F&M Trust shall answer or otherwise respond to the Complaint on or before August 28, 2015.

BY THE COURT:

*/s/ Mary A. McLaughlin*
MARY A. McLAUGHLIN, J.