AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-1435

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Freedom Brokers, LLC

was received by me on *(date)* 06/30/2015 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   the provided address is vacant. ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/20/2015

*Server's signature*

Michael Gallagher, Process Server
*Printed name and title*

235 S. 13th Street,
Philadelphia, PA 19107
*Server's address*

Additional information regarding attempted service, etc:
Attempted at 200 W. 4th Street, Bridgeport, PA 19405 on 7/13/15 @ 1:37pm.

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

HARVEY KALAN, M.D.; THE HARVEY KALAN, M.D., INC. EMPLOYEE WELFARE BENEFIT PLAN; PAMELA K. ERDMAN, M.D.; THE DR. PAMELA K. ERDMAN, M.D., INC. EMPLOYEE WELFARE BENEFIT PLAN; GRETCHEN CASTELLANO; DRS. MARTIN & ELISSA ZENNI; and THE M&E ZENNI INC., WELFARE BENEFIT PLAN, individually and on behalf of all others similarly situated

*Plaintiff*

v.

FARMERS & MERCHANTS TRUST COMP ANY OF CHAMBERSBURG AS SUCCESSOR BY MERGER TO COMMUNITY TRUST COMPANY; LAWRENCE KORESKO; KORESKO FINANCIAL, LLP; FREEDOM BROKERS, LLC; PENNMONT BENEFITS, INC.; DEON DANIEL; LINCOLN NATIONAL CORPORATION; SAMUELS, YOELIN KANTOR, LLP; JEFFREY NIEMAN; LOCKE LORD BISSELL & LIDDELL, LLP; ANDERSON KILL & OLICK, P.C.; CAPLIN & DRYSDALE, CHARTERED; GATES HALBRUNER & HATCH and its successor, HALBRUNER HATCH & GUISE, LLP; CHRISTIE PARABUE MORETEN & YOUNG and its successor, CHRISTIE SULLIVAN & YOUNG PC; JEFFERSON GOVERNMENT RELATIONS; THEODORE HOBSON; BONNIE KORESKO

*Defendant*

Civil Action No.    15-1435

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Freedom Brokers, LLC
200 W. 4th Street
Bridgeport PA 19405

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**IRA B. SILVERSTEIN, ESQ.**
228 Park Ave S #84164

NEW YORK, NY 10003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    3/20/15

*Joseph B. Walton*, Deputy Clerk