AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.      15-1435

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Caplin & Drysdale

FILED

was received by me on *(date)*      July 6, 2015       .

JUL 22 2015

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

☐ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

X  I served the summons on *(name of individual)*  Ann McMillan _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*  Caplin & Drysdale

_____   on *(date)*   July 7,2015   ; or

☐ I returned the summons unexecuted because _____   ; or

☐ Other *(specify):*

_____

_____ .

My fees are $ _____   for travel and $  60.00   for services, for a total of $  60.00   .

I declare under penalty of perjury that this information is true.

Date:  7/9/15

_____
*Server's signature*

Jamal M. Harris, Private Process Server

_____
*Printed name and title*

1827 18th Street, NW, Washington DC 20009

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

HARVEY KALAN, M.D.; THE HARVEY KALAN, M.D., INC.
EMPLOYEE WELFARE BENEFIT PLAN; PAMELA K.
ERDMAN, M.D.; THE DR. PAMELA K. ERDMAN, M.D.,
INC. EMPLOYEE WELFARE BENEFIT PLAN; GRETCHEN
CASTELLANO; DRS. MARTIN & ELISSA ZENNI; and THE
M&E ZENNI INC., WELFARE BENEFIT PLAN, individually
and on behalf of all others similarly situated

*Plaintiff*

v.

FARMERS & MERCHANTS TRUST COMP ANY OF
CHAMBERSBURG AS SUCCESSOR BY MERGER TO
COMMUNITY TRUST COMPANY; LAWRENCE KORESKO;
KORESKO FINANCIAL, LLP; FREEDOM BROKERS, LLC;
PENNMONT BENEFITS, INC.; DEON DANIEL; LINCOLN
NATIONAL CORPORATION; SAMUELS, YOELIN KANTOR,
LLP; JEFFREY NIEMAN; LOCKE LORD BISSELL &
LIDDELL, LLP; ANDERSON KILL & OLICK, P.C.; CAPLIN
& DRYSDALE, CHARTERED; GATES HALBRUNER &
HATCH and its successor, HALBRUNER HATCH & GUISE,
LLP; CHRISTIE PARABUE MORETEN & YOUNG and its
successor, CHRISTIE SULLIVAN & YOUNG PC; JEFFERSON
GOVERNMENT RELATIONS; THEODORE HOBSON;
BONNIE KORESKO

*Defendant*

Civil Action No.    15-1435

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Caplin & Drysdale
One Thomas Circle NW, Suite 1100
Washington, D.C. 2000 5

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**IRA B. SILVERSTEIN, ESQ.**
228 Park Ave S #84164

NEW YORK, NY 10003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    3/20/15

*Joseph B. Walton* Deputy Clerk

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.      15-1435

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Farmers and Merchants Trust Company of Chambersburg

was received by me on *(date)* 07/06/2015 .

FILED

JUL 22 2015

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  served Christie Taylor, Compliance Specialist, at 20 South Main Street,
Chambersburg, PA 17201 on 07/08/2015, at 10:42 A.M.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 07/13/2015

_____
Server's signature

Bernard Wojciechowski, Process Server
_____
Printed name and title

P.O. Box 126538
Harrisburg, PA 17112
_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

HARVEY KALAN, M.D.; THE HARVEY KALAN, M.D., INC.
EMPLOYEE WELFARE BENEFIT PLAN; PAMELA K.
ERDMAN, M.D.; THE DR. PAMELA K. ERDMAN, M.D.,
INC. EMPLOYEE WELFARE BENEFIT PLAN; GRETCHEN
CASTELLANO; DRS. MARTIN & ELISSA ZENNI; and THE
M&E ZENNI INC., WELFARE BENEFIT PLAN, individually
and on behalf of all others similarly situated

*Plaintiff*

v.

FARMERS & MERCHANTS TRUST COMP ANY OF
CHAMBERSBURG AS SUCCESSOR BY MERGER TO
COMMUNITY TRUST COMPANY; LAWRENCE KORESKO;
KORESKO FINANCIAL, LLP; FREEDOM BROKERS, LLC;
PENNMONT BENEFITS, INC.; DEON DANIEL; LINCOLN
NATIONAL CORPORATION; SAMUELS, YOELIN KANTOR,
LLP; JEFFREY NIEMAN; LOCKE LORD BISSELL &
LIDDELL, LLP; ANDERSON KILL & OLICK, P.C.; CAPLIN
& DRYSDALE, CHARTERED; GATES HALBRUNER &
HATCH and its successor, HALBRUNER HATCH & GUISE,
LLP; CHRISTIE PARABUE MORETEN & YOUNG and its
successor, CHRISTIE SULLIVAN & YOUNG PC; JEFFERSON
GOVERNMENT RELATIONS; THEODORE HOBSON;
BONNIE KORESKO

*Defendant*

)
)
)
)
)
)
)
)

Civil Action No.      15-1435

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Farmers & Merchants Trust Company of Chambersburg
20 S. Main Street
Chambersburg, PA 17201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**IRA B. SILVERSTEIN, ESQ.**
228 Park Ave S #84164

NEW YORK, NY 10003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____3/20/15_____

_____
*Joseph B. Walsh*, Deputy Clerk