**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HARVEY KALAN, M.D., THE HARVEY KALAN, M.D., INC. EMPLOYEE WELFARE BENEFIT PLAN, PAMELA K. ERDMAN, M.D., THE DE. PAMELA K. ERDMAN, M.D., INC. EMPLOYEE WELFARE BENEFIT PLAN, GRETCHEN CASTELLANO, DR. MARTIN ZENNI, DR. ELISSA ZENNI and THE M&E ZENNI INC., WELFARE BENEFIT PLAN,** <br>         **Plaintiffs,** <br><br>         **v.** <br><br> **FARMERS & MERCHANTS TRUST COMPANY OF CHAMBERSBURG, LAWRENCE KORESKO, KORESKO FINANCIAL, LLP, FREEDOM BROKERS, LLC, PENNMONT BENEFITS, INC., DEON DANIEL, LINCOLN NATIONAL CORPORATION, SAMUELS, YOELIN KANTOR, LLP, JEFFREY NIEMAN, LOCKE LORD BISSELL & LIDDELL, LLP, ANDERSON KILL & OLICK, P.C., CHAPLIN & DRYSDALE, GATES HALBRUNER & HATCH, CHRISTIE PARABUE MORTEN & YOUNG, JEFFERSON GOVERNMENT RELATIONS, THEODORE HOBSON, BONNIE KORESKO and JOHN DOE COMPANIES 1-50,** <br>         **Defendants.** | **CIVIL ACTION** <br><br><br><br> **NO.  15-1435** |

**O R D E R**

AND NOW, this 3rd day of December, 2015, upon consideration of Defendant Samuels,

Yoelin Kantor, LLP ("SYK") Motion to Dismiss the Complaint [ECF No. 37]; and the Plaintiffs'

Response in Opposition thereto [ECF No. 45]; **IT IS ORDERED** that:

1.  Defendant SYK's Motion to Dismiss for lack of personal jurisdiction is **DENIED**.

2.  Defendant SYK's Motion to Sever is **DENIED**.

3. Defendant SYK's Motion to Dismiss Plaintiff's Complaint for failure to state a claim is **DENIED** as to Count VII.

4. Defendant SYK's Motion to Dismiss Plaintiff's Complaint for failure to state a claim is **GRANTED** as to Counts III and IV.

**BY THE COURT:**

**/s/ Wendy Beetlestone**

_____

**WENDY BEETLESTONE, J.**