IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARVEY KALAN, M.D., THE HARVEY KALAN, M.D., INC. EMPLOYEE WELFARE BENEFIT PLAN, PAMELA K. ERDMAN, M.D., THE DE. PAMELA K. ERDMAN, M.D., INC. EMPLOYEE WELFARE BENEFIT PLAN, GRETCHEN CASTELLANO, DR. MARTIN ZENNI, DR. ELISSA ZENNI and THE M&E ZENNI INC., WELFARE BENEFIT PLAN,**<br>     Plaintiffs,<br><br>            v.<br><br>**FARMERS & MERCHANTS TRUST COMPANY OF CHAMBERSBURG, LAWRENCE KORESKO, KORESKO FINANCIAL, LLP, FREEDOM BROKERS, LLC, PENNMONT BENEFITS, INC., DEON DANIEL, LINCOLN NATIONAL CORPORATION, SAMUELS, YOELIN KANTOR, LLP, JEFFREY NIEMAN, LOCKE LORD BISSELL & LIDDELL, LLP, ANDERSON KILL & OLICK, P.C., CHAPLIN & DRYSDALE, GATES HALBRUNER & HATCH, CHRISTIE PABARUE MORTEN & YOUNG, JEFFERSON GOVERNMENT RELATIONS, THEODORE HOBSON, BONNIE KORESKO and JOHN DOE COMPANIES 1-50,**<br>     Defendants. | CIVIL ACTION<br><br><br>NO.  15-1435 |

**O R D E R**

**AND NOW**, this 12th day of May, 2016, upon consideration of Defendant Christie Pabarue Morten & Young's ("Christie Pabarue") Motion to Dismiss Counts III (ERISA violations), IV (aiding and abetting fiduciary breach) and VII (fiduciary breach and malpractice) of Plaintiffs' First Amended Complaint [ECF No. 150], Plaintiffs' Response in Opposition

thereto [ECF No. 165], and Defendant's Reply in Support thereof [ECF No. 169]; **IT IS HEREBY ORDERED**:

1. The motion is **GRANTED** as to Counts III (ERISA violations) and IV (aiding and abetting fiduciary breach); these counts are **DISMISSED WITH PREJUDICE**.

2. With respect to Count VII (fiduciary breach and malpractice), the motion is **DENIED**.

**BY THE COURT:**

**/S/WENDY BEETLESTONE, J.**
_____
**WENDY BEETLESTONE, J.**