IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARVEY KALAN, M.D., THE HARVEY KALAN, M.D., INC. EMPLOYEE WELFARE BENEFIT PLAN, PAMELA K. ERDMAN, M.D., THE DE. PAMELA K. ERDMAN, M.D., INC. EMPLOYEE WELFARE BENEFIT PLAN, GRETCHEN CASTELLANO, DR. MARTIN ZENNI, DR. ELISSA ZENNI and THE M&E ZENNI INC., WELFARE BENEFIT PLAN,** Plaintiffs, | CIVIL ACTION  NO. 15-1435 |
| v. | |
| **FARMERS & MERCHANTS TRUST COMPANY OF CHAMBERSBURG, LAWRENCE KORESKO, KORESKO FINANCIAL, LLP, FREEDOM BROKERS, LLC, PENNMONT BENEFITS, INC., DEON DANIEL, LINCOLN NATIONAL CORPORATION, SAMUELS, YOELIN KANTOR, LLP, JEFFREY NIEMAN, LOCKE LORD BISSELL & LIDDELL, LLP, ANDERSON KILL & OLICK, P.C., CHAPLIN & DRYSDALE, GATES HALBRUNER & HATCH, CHRISTIE PARABUE MORTEN & YOUNG, JEFFERSON GOVERNMENT RELATIONS, THEODORE HOBSON, BONNIE KORESKO and JOHN DOE COMPANIES 1-50,** Defendants. | |

# O R D E R

**AND NOW**, this 19th day of May, 2016, upon consideration of Defendant Samuels, Yoelin Kantor, LLP's ("SYK") Motion to Dismiss [ECF No. 156], Plaintiffs' Response in Opposition thereto [ECF No. 171], Defendant's Reply in Support thereof [ECF No. 173], and Plaintiffs' Sur-Reply [ECF No. 175]; **IT IS HEREBY ORDERED** that the motion is **DENIED**.

BY THE COURT:
/S/WENDY BEETLESTONE, J.

_____
**WENDY BEETLESTONE, J.**