## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARVEY KALAN, M.D.,** *et al.* **individually and on behalf of all others similarly situated,** <br><br> **Plaintiffs,** <br><br> vs. <br><br> **FARMERS & MERCHANTS TRUST CO.,** *et al.* <br><br> **Defendants.** | **C.A. No.: 2:15-CV-01435-WB** <br><br> **CLASS ACTION** |

## STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs, HARVEY KALAN, M.D., *et al.*, and defendant FARMERS & MERCHANTS TRUST CO., through their counsel, hereby stipulate to an extension until June 15, 2018 for plaintiffs to file Plaintiffs' Motion For Final Approval Of Class Action Settlement, Plan Of Allocation Of Settlement Proceeds, And Award Of Attorneys' Fees And Reimbursement Of Expenses.

| | |
|---|---|
| THE SILVERSTEIN FIRM, LLC <br> By: /s/ Ira Silverstein <br> Ira B. Silverstein <br> 1515 Market St., Ste. 1200 <br> Philadelphia, PA 19102 <br> Attorneys for Plaintiffs | BUCHANAN INGERSOLL & ROONEY PC <br> By: /s/ Jayson R. Wolfgang, Esq. <br> Jayson R. Wolfgang, Esq. <br> 409 North Second Street, Suite # 500 <br> Harrisburg, PA 17101-1357 <br> Attorneys for Defendant |

Dated June 11, 2018

APPROVED

WENDY BEETLESTONE, J.